UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                          Case No. 19-73118

    Atlantic Yards Plaza, LLC                                          Chapter 11


                                       Debtor(s)
----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)


      Giorgios Menexas, Managing Member_____, undersigned debtor herein, swears as follows:


1. Debtor filed a petition under chapter _11_ of the Bankruptcy Code on _April 25, 2019_____.

2. Schedule(s) _A/B, D, E/F, G, H_ were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

    ☐ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

    ☑ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

1. [If creditors have been *added*] An amended mailing matrix is annexed hereto, listed added creditors **ONLY**, in the format prescribed by E.D.N.Y LBR 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list, if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with E.D.N.Y LBR 1009-1.

Dated: June 10, 2019                                                /s/ Giorgios Menexas
                                                                                    Debtor *(signature)*

**ADDITION:**

NYS Department of Taxation & Finance
Bankruptcy Unit - TCD
Bldg 8 Room 455
Albany, NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit - TCD
Bldg 8 Room 455
Albany, NY 12227

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Atlantic Yards Plaza, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **19-73118** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                     Current value of debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor  **Atlantic Yards Plaza, LLC**  Case number *(If known)* **19-73118**
Name

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Restuarant equipment. | $0.00 | | $250,000.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $250,000.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **Atlantic Yards Plaza, LLC** | Case number *(If known)* **19-73118** |
|---|---|---|
| | Name | |

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Atlantic Yards Plaza, LLC**  Case number *(If known)* **19-73118**
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $250,000.00 | |
| 88. Real property. *Copy line 56, Part 9* ............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $250,000.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $250,000.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Atlantic Yards Plaza, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 19-73118 |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **New Bank**<br>Creditor's Name<br><br>146-01 Northern Boulevard<br>Flushing, NY 11354<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Restuarant equipment.**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **$250,000.00** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Atlantic Yards Plaza, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 19-73118 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**NYS Department of Tax & Finance**<br>**P.O. Box 4127**<br>**Binghamton, NY 13902** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Department of Taxation & Finance**<br>**Bankruptcy Unit-TCD**<br>**Bldg 8 Room 455**<br>**Albany, NY 12227** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $179,435.56 | $0.00 |
|  | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**Withholding and sales tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                                     **Amount of claim**

| Debtor | Atlantic Yards Plaza, LLC | Case number (if known) | 19-73118 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address<br>Ace Endico Food SVC<br>80 International Boulevard<br>Brewster, NY 10509 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>Action Environmental Services<br>451 Frelinghuysen Avenue<br>Newark, NJ 07114 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>AlWin Inc DBA Hotpoint App<br>5160 Van Nuys Boulevard, #250<br>Sherman Oaks, CA 91403 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>American Express National Bank<br>P.O. Box 30384<br>Salt Lake City, UT 84130 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>AMS<br>P.O. Box 540<br>Fair Lawn, NJ 07410 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Asian Bok Choy Inc.<br>612 Grand Street<br>Brooklyn, NY 11211 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Atlantic Terrace 12, LLC<br>621 Degraw Street<br>Brooklyn, NY 11217 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Atlantic Yards Plaza, LLC | Case number (if known) | 19-73118 |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Bolster Media NYC**<br>330 East 54th Street, #2D<br>New York, NY 10022<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>**Chase**<br>P.O. Box 6294<br>Carol Stream, IL 60197<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.10 | Nonpriority creditor's name and mailing address<br>**CMI Services Corp.**<br>240 Crossbay Boulevard<br>Far Rockaway, NY 11693<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Coca-Cola Refreshments USA, Inc.**<br>P.O. Box 4108<br>Boston, MA 02211<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.12 | Nonpriority creditor's name and mailing address<br>**Con Edison**<br>Jaf Station<br>P.O. Box 1702<br>New York, NY 10116<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Ecolab**<br>P.O. Box 32027<br>New York, NY 10087<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Empire Merchant, LLC**<br>16 Bridgewater Street<br>Brooklyn, NY 11222<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor **Atlantic Yards Plaza, LLC**　　　　　　　　　　　　　　　Case number (if known) **19-73118**
　　　　　Name

| 3.15 | Nonpriority creditor's name and mailing address<br>**Force**<br>**5 Liszka Lane**<br>**Sayreville, NJ 08872** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Giorgios Menexas**<br>**4 Elm Sea Lane**<br>**Manhasset, NY 11030** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.17 | Nonpriority creditor's name and mailing address<br>**HotSchedules**<br>**6504 Bridge Point Parkway**<br>**Austin, TX 78730** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Joseph, Mann & Creed**<br>**8948 Canyon Falls Blvd, Suite 200**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | Nonpriority creditor's name and mailing address<br>**L. Knift & Son, INc.**<br>**35 Elder Avenue Extension**<br>**Kingston, MA 02364** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Manhattan Beer Distribution**<br>**P.O. Box 27458**<br>**New York, NY 10087** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Atlantic Yards Plaza, LLC | Case number (if known) | 19-73118 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>National Grid<br>P.O. Box 11741<br>Newark, NJ 07101-4741<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>NCR Corporation<br>P.O. Box 198755<br>Atlanta, GA 30384<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>New York Wine and Spirits<br>10 Dunningan Drive<br>Suffern, NY 10901<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Noble Management Group<br>228 Park Avenue South, #48897<br>New York, NY 10003<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>NUCO2 LLC<br>P.O. Box 417902<br>Boston, MA 02241<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>NYC Refrigeration Mechanic Corp.<br>2357 31st Street<br>Astoria, NY 11105<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>NYS Dept of Labor<br>P.O. Box 4127<br>Binghamton, NY 13902<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |

Debtor **Atlantic Yards Plaza, LLC**      Case number (if known) **19-73118**
Name

---

**3.29** | Nonpriority creditor's name and mailing address
**Open Table**
1 Montgomery Street, Suite 700
San Francisco, CA 94104

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.30** | Nonpriority creditor's name and mailing address
**Quality Star Development**
228 Park Avenue South, #48897
New York, NY 10003

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.31** | Nonpriority creditor's name and mailing address
**Riviera Produce**
Box/Call #6065
Englewood, NJ 07631

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.32** | Nonpriority creditor's name and mailing address
**Rivkin Radler**
926 RXR Plaza
Uniondale, NY 11556-0926

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.33** | Nonpriority creditor's name and mailing address
**RJ Linen & Uniforms**
305 N. Macquesten Parkway
Mount Vernon, NY 10550

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.34** | Nonpriority creditor's name and mailing address
**Shurnik Vines**
P.O. Box 1315
Syosset, NY 11791

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

**3.35** | Nonpriority creditor's name and mailing address
**Southern Glazer's Wine & Spirits of NY**
P.O. Box 3143
Hicksville, NY 11802

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Unknown

---

| Debtor | Atlantic Yards Plaza, LLC | Case number (if known) | 19-73118 |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address<br>**St. Johns Produce**<br>P.O. Box 34<br>Albertson, NY 11507 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address<br>**Stanley Steamer International Inc.**<br>P.O. Box 205819<br>Dallas, TX 75320 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address<br>**Stern Environmental Group, LLC**<br>30 Seaview Drive<br>Secaucus, NJ 07094 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address<br>**Steven Menexas**<br>301 Vanderbilt Parkway<br>Huntington Station, NY 11746 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address<br>**The Sam Tell Companies**<br>300 Smith Street<br>Farmingdale, NY 11735 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address<br>**Tri State Carbonation**<br>216 E. Broadway #2<br>Monticello, NY 12701 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address<br>**Union Beer Distributors**<br>1213-17 Grand Street<br>Brooklyn, NY 11211 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Atlantic Yards Plaza, LLC | Case number (if known) | 19-73118 |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Verizon<br>P.O. Box 15124<br>Albany, NY 12212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 179,435.56 |
| 5b. Total claims from Part 2 | 5b. + $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 179,435.56 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name  **Atlantic Yards Plaza, LLC** | |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK | |
| Case number (if known)  **19-73118** | ☐ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial space** |
| | State the term remaining | |
| | List the contract number of any government contract | Atlantic Terrace 12, LLC<br>621 DeGraw Street<br>Brooklyn, NY |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Atlantic Yards Plaza, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 19-73118 |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                          Chapter 11

ATLANTIC YARDS PLAZA, LLC                                       Case No.: 19-73118


                              Debtor
-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Angelique Filardi, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Plainview, New York.

On June 14, 2019, deponent served a copy of the within **Schedule A/B, D, E/F, G & H** by regular mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly address wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

| | |
|---|---|
| U.S. Trustee | NYS Dept. Taxation & Finance |
| Long Island Federal Courthouse | Bankruptcy Unit - TCD |
| 560 Federal Plaza - Room 560 | Bldg 8 Room 455 |
| Central Islip, New York 11722 | Albany, New York 12227 |

_____
Angelique Filardi

Sworn to me this 14th
day of June, 2019

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20 23